Lydia Bryan and Another, Respondents, v. The City of New York, Defendant, and Carleton Company, Inc., Appellant.— Action by the plaintiff wife to recover damages for personal injuries and by her husband to recover for expenses and loss of services. In the process of excavating for a subway, the appealing defendant erected a temporary roadway and sidewalk. A plank in the sidewalk gave way and the plaintiff wife, a pedestrian, was injured. Appeal from judgment in plaintiffs' favor and from an order denying motion to set aside the verdict. Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

Elizabeth Bush, Respondent, v. Hannah Fitzpatrick, as Administratrix, etc., of Richard Fitzpatrick, Deceased, and Others, Appellants.— Judgment in an action to enforce contribution against the appellants unanimously affirmed, with costs. Finding No. 38 at folio 143 of the record is reversed as not supported by the evidence and contrary to the decision. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Rachel Campanaro, Respondent, v. The Prudential Insurance Company of America, Appellant.— Judgment and order of the City Court of Yonkers in an action brought to recover on a life insurance policy unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell and Tompkins, JJ.; Hagarty, J., not voting.